IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-31069
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

LEHMAN K. LUNDY,

                                        Defendant-Appellant.


_____

No. 96-31263

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KERRY CUREAUX,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC Nos. 96-CV-321 M & 96-CV-1455
- - - - - - - - - -

June 25, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

_____

      [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Lehman K. Lundy, federal prisoner # 21853-034, and Kerry Cureaux, federal prisoner # 21855-034, appeal the denial of their

motions to vacate, set aside, or correct their sentences, filed pursuant to 28 U.S.C. § 2255. They argue that the evidence is not sufficient to support the their convictions under 18 U.S.C. § 924(c) for using and carrying firearms. The district court's erroneous "use" instruction was harmless because the jury found beyond a reasonable doubt the facts necessary to support a conviction for "carrying." See United States v. Brown, 161 F.3d 256 (5th Cir. 1998); United States v. Acosta, 763 F.2d 671, 681 (5th Cir. 1985); United States v. Hall, 110 F.3d 1155, 1161 (5th Cir. 1997). The district court's denial of their § 2255 motions is AFFIRMED.

Appellant Cureaux's motion for release pending this appeal is DENIED. See Calley v. Callaway, 496 F.2d 701, 702 (5th Cir. 1974).